**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**ALEXANDER ALEXANDROV,**

    **Plaintiff,**

**v.**                                    **Case No.  8:08-cv-410-T-30TGW**

**MICHAEL CHERTOFF, et al.,**

    **Defendants.**
_____/

## ORDER

THIS CAUSE comes before the Court upon Defendant's Unopposed Motion to Dismiss for Mootness (Dkt. #15).  The Court, having reviewed the Motion, and being otherwise fully advised in the premises, determines it should be granted.

It is therefore ORDERED AND ADJUDGED that:

1. Defendant's Unopposed Motion to Dismiss for Mootness (Dkt. #15) is **GRANTED**.

2. This cause is **DISMISSED** as moot.

3. All pending motions are denied as moot.  The Clerk is directed to close this file.

**DONE** and **ORDERED** in Tampa, Florida on October 30, 2008.

*[Signature]*
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

**Copies furnished to:**
Counsel/Parties of Record

S:\Even\2008\08-cv-410.dismissal.frm